**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Crim. No. 13-183 (JLL) |
| | : | |
| GREGORY SCHAFFER | : | **TRIAL EXHIBIT LIST OF THE UNITED STATES** |

| Presiding Judge: Jose L. Linares | Government: Meredith William<br>Jason Gould | Defendant's Attorney Thomas Ambrosio |
|---|---|---|
| Trial Dates 10/16/17; 10/17/17; 10/18/17; 10/19/17; 10/20/17 | Court Reporter: Phyllis T. Lewis | Courtroom Deputy: Lissette Rodriguez |

| **EXHIBIT NUMBER** | **DESCRIPTION** | **ID** | **EVID.** |
|---|---|---|---|
| | **Physical Evidence from Defendant's Business Premises** | | |
| 100 | Gigaware western digital HDD, serial number WACVY4997055 | 10/18/17 | 10/18/17 |
| 101 | Print out of "One Stop Career Center State of New Jersey" Id card for "Gregory Schaffer | | |
| 102 | Laminated "Fugitive Recovery" card in name of Gregory Shaffer | 10/19/17 | 10/19/17 |

| | | | |
|---|---|---|---|
| 103 | Multiple printouts of "Fugitive Recovery" card | | |
| 104 | Handcuffs | | |
| 105 | Women's miscellaneous clothing | | |
| 106 | Cap gun | | |
| 107 | Photograph of "Ashley" found in office bathing suit image 1 | 10/19/17 | 10/19/17 |
| 108 | Photograph of "Ashley" found in office bathing suit image 2 | 10/19/17 | 10/19/17 |
| 109 | Photograph of "Ashley" found in office bathing suit image 3 | 10/19/17 | 10/19/17 |
| 110 | Photograph of "Ashley" found in office bathing suit image 4 | 10/19/17 | 10/19/17 |
| 111 | Photograph of "Ashley" found in office bathing suit image 5 | 10/19/17 | 10/19/17 |
| 112 | Laminated photograph of "Ashley" in bathing suit, image 1 | 10/19/17 | 10/19/17 |
| 113 | Laminated photograph of "Ashley" in bathing suit, image 2 | 10/19/17 | 10/19/17 |

| | | | |
|---|---|---|---|
| 114 | Photograph of "Ashley" naked | 10/19/17 | 10/19/17 |
| 115 | Laminated photograph of "Ashley" naked, image 1 | 10/19/17 | 10/19/17 |
| 116 | Laminated photograph of "Ashley" naked, image 2 | 10/19/17 | 10/19/17 |
| 117 | Motorola Boost Cell Phone | | |
| 118 | Miscellaneous documents, including emails between Schaffer and Brooklyn Victim, and contract with Brooklyn Victim. | | |
| 118a | Letter from Schaffer to "Allison" | | |
| | **Photographs** | | |
| 200 | CD containing photographs taken during office search | | |
| 200a | Photograph of office | 10/19/17 | 10/19/17 |
| 200b | Photograph of building entrance | 10/18/17 | 10/18/17 |
| 200c | Photograph of front door to building | 10/19/17 | 10/19/17 |

| 200d | Photograph of desk and filing cabinet | 10/19/17 | 10/19/17 |
|---|---|---|---|
| 200e | Photograph of security monitor | 10/19/17 | 10/19/17 |
| 200f | Photograph of laptop and television | 10/18/17 | 10/18/17 |
| 200g | Photograph of laptop screen | 10/19/17 | 10/19/17 |
| 200h | Photograph of left side of laptop screen | 10/19/17 | 10/19/17 |
| 200i | Photograph of right side of laptop screen | 10/19/17 | 10/19/17 |
| 200j | Photograph of top right side of laptop screen | 10/19/17 | 10/19/17 |
| 200k | Photograph of top left side of laptop screen | 10/19/17 | 10/19/17 |
| 200l | Photograph of desk drawer containing handcuffs, Astroglide, and Paramount Pictures card with Greg Schaffer's name and photo | 10/19/17 | 10/19/17 |
| 200m | Photograph of "One Stop Career Center State of New Jersey" in name of Gregory Schaffer | 10/19/17 | 10/19/17 |
| 200n | Photograph of "Fugitive Recovery" identification card | 10/19/17 | 10/19/17 |

| | | | |
|---|---|---|---|
| 201a | Photograph of couch in two-truck office | 10/19/17 | 10/19/17 |
| 201b | Photograph of restroom in tow-truck office | 10/19/17 | 10/19/17 |
| 201c | Photograph of couch, desk, and filing cabinet in tow-truck office | 10/19/17 | 10/19/17 |
| 201d | Photograph of television, security monitor, and filing cabinet in tow-truck office | 10/19/17 | 10/19/17 |
| **Forensic Reports/Materials** | | | |
| 300a | Media Acquisition Report Hitachi HDD | | |
| 300b | Media Acquisition Report Gigaware WD HDD | | |
| 300c | Media Acquisition Reports Lacie USB Drive | | |
| 301a | Text files generated by the forensic software, Hitachi HDD | 10/18/17 | 10/18/17 |
| 301b | Text files generated by the forensic software, Gigaware WD HDD | 10/18/17 | 10/18/17 |
| 301c | Text files generated by the forensic software, Lacie USB Drive | | |

| | | | |
|---|---|---|---|
| 301d | Text files generated by the forensic software, San Disk Cruzer | | |
| 301e | Text files generated by the forensic software, San Disk Micro SD | | |
| 301f | Text files generated by the forensic software, Swann SD Card | | |
| 301g | Text files generated by the forensic software, Toshiba Micro SD Card | | |
| 301h | Text files generated by the forensic software, MLT DVR Seagate HDD | | |
| 301i | Text files generated by the forensic software, San Disk Micro SD Card Huawei Phone | | |
| 301j | Text files generated by the forensic software, Samsung Micro SD Card from Motorola Phone | | |
| 302 | Reg Ripper Registry (USAO_Schaffer_000027-97) | 10/18/17 | 10/18/17 |
| 303a | Pictures of Acer Computer taken by Special Agent Simonello | 10/18/17 | 10/18/17 |

| | | | |
|---|---|---|---|
| 303b | Pictures of Gigaware Western Digital HDD | 10/18/17 | 10/18/17 |
| 304a | Screen Shot of Acer login screen "admin", "GREG", and "Login by USBkey" | 10/18/17 | 10/18/17 |
| 304b | Screen Shot of Acer login screen "GREG" | 10/18/17 | 10/18/17 |
| 305 | Print out from Forensic Report for Potential User | 10/18/17 | 10/18/17 |
| 305a | Photograph of Gregory Schaffer in Navy uniform saved as "me navy" found on Acer computer | 10/18/17 | 10/18/17 |
| 305b | Photograph of Gregory Schaffer found on Acer, "SDC14830.jpg" | 10/18/17 | 10/18/17 |
| 305c | Photograph of "Fugitive Recovery" card saved as "MY ID" found on Acer computer | 10/18/17 | 10/18/17 |
| 306 | Verizon bill in name of Gregory Schaffer found on Acer computer | 10/18/17 | 10/18/17 |
| 307 | State of New Jersey Documents in name of Gregory Schaffer found on computer | 10/18/17 | 10/18/17 |
| 308 | Photographs/Screen shots stored on Acer computer, titled "Snapshot-1.jpg," "Snapshot – 2.jpg.," "Snapshot – 3.jpg," | 10/19/17 | 10/19/17 |

| | | | |
|---|---|---|---|
| | "Snapshot – 4.jpg," and "Snapshot – 5.jpg" [Contains CP] | | |
| 308-R | Photographs/Screen shots stored on Acer computer, titled "Snapshot-1.jpg," "Snapshot – 2.jpg.," "Snapshot – 3.jpg," "Snapshot – 4.jpg," and "Snapshot – 5.jpg" [REDACTED] | 10/19/17 | 10/19/17 |
| 309 | Photographs of "Ashley" stored on Acer computer, titled "HPIM9583.jpg," "HPIM9585.jpg," "HPIM9587.jpg," "HPIM9588.jpg," and "HPIM9589.jpg" [Contains CP] | 10/19/17 | 10/19/17 |
| 309-R | Photographs of "Ashley" stored on Acer computer, titled "HPIM9583.jpg," "HPIM9585.jpg," "HPIM9587.jpg," "HPIM9588.jpg," and "HPIM9589.jpg" [REDACTED] | 10/19/17 | 10/19/17 |
| 310 | Device Data Report of Apple iPhone 3GS [contains CP] | | |
| 310-R | Device Data Report of Apple iPhone 3GS [SANITIZED] | | |
| 311 | Folder Structure of Gigaware Western Digital Hard Drive | | |

| | | | |
|---|---|---|---|
| 311-R | Folder Structure of Gigaware Western Digital Hard Drive – REDACTED | 10/19/17 | 10/19/17 |
| | **Videos** | | |
| 400 | Video #1 of "Allison" | 10/18/17 | 10/18/17 |
| 400a | Excerpt of Video #1 of "Allison," minutes 3:45 – 4:45 | 10/18/17 | 10/18/17 |
| 400a-S | Screen shot of "Allison" and "Ashley" from video found on Acer computer | 10/18/17 | 10/18/17 |
| 400b | Excerpt of Video #1 of "Allison," minutes 8:10 – 10:10 | 10/18/17 | 10/18/17 |
| 400b-S | Screen shot of "Allison" from video found on Acer computer | 10/18/17 | 10/18/17 |
| 400c | Excerpt of Video #1 of "Allison," minutes 13:30 – 15:30 | 10/18/17 | 10/18/17 |
| 400d | Excerpt of Video #1 of "Allison," minutes 19:40 – end (23:48) | 10/18/17 | 10/18/17 |
| 401 | Video #2 of "Allison" | 10/18/17 | 10/18/17 |
| 401a | Video #2 of "Allison" edited to play at normal speed, minutes 0:00 – 3:53 | 10/18/17 | 10/18/17 |

| | | | |
|---|---|---|---|
| 401a-S1 | Screen shot of "Allison" and defendant sitting on sofa from video found on Acer computer | 10/18/17 | 10/18/17 |
| 401a-S2 | Screen shot of "Allison" and defendant from video found on Acer computer [SANITIZED-REDACTED] | 10/18/17 | 10/18/17 |
| 401a-S3 | Screen shot of "Allison" and defendant from video found on Acer computer | 10/18/17 | 10/18/17 |
| 401a-S4 | Screen shot of "Allison" and defendant from video found on Acer computer | 10/18/17 | 10/18/17 |
| 401a-S5 | Screen shot of "Allison" and defendant from video found on Acer computer [SANITIZED-REDACTED] | 10/18/17 | 10/18/17 |
| 402 | Video #3 of "Allison" with internet logo | 10/19/17 | 10/19/17 |
| 402-S | Screen shot of "Allison" with website banner | 10/19/17 | 10/19/17 |
| 403 | Video #1 of "Ashley" | 10/19/17 | 10/19/17 |
| 403a | Excerpt from Video #1 of "Ashley," minutes .40 – 3:39 | 10/19/17 | 10/19/17 |
| 403a-S | Screen shot of defendant from video found on Acer computer | 10/19/17 | 10/19/17 |

| | | | |
|---|---|---|---|
| 403a-T | Transcript of excerpt from Video #1 of "Ashley," minutes .40-3:39 | | |
| 404 | Video #2 of "Ashley" | 10/19/17 | 10/19/17 |
| 404a | Excerpt from Video #2 of "Ashley," minutes 0:00 – 1:00 | 10/19/17 | 10/19/17 |
| 404a-S | Screen shot of "Ashley" from video found on Acer computer | 10/19/17 | 10/19/17 |
| 404a-T | Transcript of video excerpts of Video #2 "Ashley" | | |
| 404b | Excerpt from Video #2 of "Ashley," minutes 7:20 – 9:45 | 10/19/17 | 10/19/17 |
| 404b-T | Transcript of video excerpts of Video #2 "Ashley" | | |
| 404c | Excerpt from Video #2 of "Ashley," minutes 17:00 to 26:30 | 10/19/17 | 10/19/17 |
| 404c-T | Transcript of video excerpts of Video #2 "Ashley" | | |
| 405 | Video #3 of "Ashley" | 10/19/17 | 10/19/17 |
| 405a | Excerpt from Video #3 of "Ashley," minutes 0:00 – 1:30 | 10/19/17 | 10/19/17 |

| | | | |
|---|---|---|---|
| 405a-T | Transcript of video excerpts of Video #3 "Ashley" mins 0:00-1:30 | | |
| 405b | Excerpt from Video #3 of "Ashley," minutes 7:53 – 8:53 | 10/19/17 | 10/19/17 |
| 405b-S | Screen shot of "Ashley" and defendant | 10/19/17 | 10/19/17 |
| 405b-T | Transcript of excerpt from Video #3 of "Ashley," minutes 7:53 – 8:53 | | |
| 405c | Excerpt from Video #3 of "Ashley," minutes 16:00 – 32:33 | 10/19/17 | 10/19/17 |
| 405c-T | Transcript of excerpt from Video #3 of "Ashley," minutes 16:00 – 32:33 | | |
| 405d | Excerpt from Video #3 of "Ashley," minutes 43:00 – 45:16 | 10/19/17 | 10/19/17 |
| 405d-S1 | Screen shot of defendant | 10/19/17 | 10/19/17 |
| 405d-S2 | Screen shot of defendant | 10/19/17 | 10/19/17 |
| 405d-T | Transcript of video excerpts of Video #3 "Ashley" | | |
| 406 | Screen Shot of child pornography found on Acer computer | 10/19/17 | 10/19/17 |

| | | | |
|---|---|---|---|
| 406-R | Screen Shot of child pornography found on Acer computer [REDACTED] | 10/19/17 | 10/19/17 |
| **Evidence of Schaffer's Conviction in the Eastern District of New York** | | | |
| 500 | Brooklyn Trial Transcript, dated 7/7/2014 | | |
| 501 | Brooklyn Trial Transcript, dated 7/8/2014 | | |
| 502 | Brooklyn Trial Transcript, dated 7/9/2014 | | |
| 503 | Judgement of Conviction from Brooklyn Trial | 10/19/17 | 10/19/17 |
| 504 | Indictment from Brooklyn Trial 7/2/2012 | | |
| **Miscellaneous** | | | |
| 602 | Photo of "Allison" for voir dire purposes | | |
| 603 | Photo of "Ashley" for voir dire purposes | | |
| 605 | Birth Certificate of "Allison" | | |
| 606 | Birth Certificate of "Ashley" | | |

| | | | |
|---|---|---|---|
| 607 | Statement of Qualifications: Special Agent John Simonello | | |
| 607a | Curriculum Vitae of John Simonello | | |
| 608 | Hudson County Judgment of Conviction for Unlawful Possession of Weapon | | |
| 609 | Hudson County Judgment of Conviction for Theft by unlawful taking | | |
| 610 | Hudson County Judgment of Conviction for Bad Checks | | |
| 611 | Hudson County Judgment of Conviction for Bail Jumping | | |
| 612 | Intentionally Left Blank | | |
| 613a | Chain of Custody – HSI – Acer Laptop | 10/18/17 | 10/18/17 |
| 613b | Chain of Custody – HSI – White Capsules | 10/18/17 | 10/18/17 |
| 613c | Chain of Custody – HSI – Shredder & User Manuals | | |
| 613d | Chain of Custody – HSI – Zipdrive | | |

| | | | |
|---|---|---|---|
| 613e | Chain of Custody – HSI – Gigaware HD | 10/18/17 | 10/18/17 |
| 613f | Chain of Custody – HSI – Thumb Drive (Lacie) | | |
| 613g | Chain of Custody – HSI – San Disk Thumb Drive | | |
| 613h | Chain of Custody – HSI – Micro SD Card | | |
| 613i | Chain of Custody – HSI – SD Card Swann | | |
| 613j | Chain of Custody – HSI – Vivitar DVR Camcorder | | |
| 613k | Chain of Custody – HSI – MLT DVR for Surveillance | | |
| 613l | Chain of Custody – HSI – Metro PCS Cell Phone | | |
| 613m | Chain of Custody – HSI – Motorola Boost Cell | | |
| 613n | Chain of Custody – HSI – Misc. CD/DVDs | | |
| 613o | Chain of Custody – HSI – Misc. CD/DVDs | | |

| | | | |
|---|---|---|---|
| 613p | Chain of Custody – HSI – Misc. CD/DVDs | | |
| 613q | Chain of Custody – HSI – Misc. Docs | | |
| 613r | Chain of Custody – HSI – Misc. Docs | | |
| 613s | Chain of Custody – HSI – Misc. Docs | | |
| 613t | Chain of Custody – HSI – Handcuffs | | |
| 613u | Chain of Custody – HSI – Handcuffs (silver) | | |
| 613v | Chain of Custody – HSI – Handcuff keys | | |
| 613w | Chain of Custody – HSI – Misc. Clothing | | |
| 613x | Chain of Custody – HSI – Misc. Women's Clothing | | |
| 613y | Chain of Custody – HSI – Misc. Women's Clothing | | |
| 613z | Chain of Custody – HSI – Misc. Women's Clothing | | |

| | | | |
|---|---|---|---|
| 613aa | Chain of Custody – HSI – Misc. Clothing Items | | |
| 613bb | Chain of Custody – HSI – Misc. Women's Clothing | | |
| 613cc | Chain of Custody – HSI – Blow Up Legs | | |
| 613dd | Chain of Custody – HSI – Straight Jacket with rope | | |
| 613ee | Chain of Custody – HSI – Straight Jacket (Black) | | |
| 613ff | Chain of Custody – HSI – Astroglide Lubricant | | |
| 613gg | Chain of Custody – HSI – Blue Sex Toy Vibrator | | |
| 613hh | Chain of Custody – HSI – Misc. Restraints & Sex Toys | | |
| 613ii | Chain of Custody – HSI – Misc. Sex Toys | | |
| 613jj | Chain of Custody – HSI – Misc. Sex Toys | | |
| 613kk | Chain of Custody – HSI – Rubber Sex Toy | | |

| | | | |
|---|---|---|---|
| 613ll | Chain of Custody – HSI – Sex Sling | | |
| 613mm | Chain of Custody – HSI – Condoms | | |
| 613nn | Chain of Custody – HSI – Cap Gun | | |
| 613oo | Chain of Custody – HSI – Multiple Used Condoms | | |
| 614 | Search Warrant Inventory, dated 6/3/15 (two pages) | | |
| 615 | Search Warrant Inventory, dated 6/3/12 | | |
| 617a | Photograph of Gregory Schaffer | | |
| 617b | Photograph of Gregory Schaffer | | |
| 618 | Gregory Schaffer Booking Information | 10/19/17 | 10/19/17 |
| 618a | Photo of Gregory Schaffer taken from Booking Information | 10/19/17 | 10/19/17 |
| 618b | Photo of Gregory Schaffer Tattoo taken from Booking Information | 10/19/17 | 10/19/17 |

| | | | |
|---|---|---|---|
| 619a | Certification of Custodian of Records, Pauline Carlon at Western Digital Corp. | 10/19/17 | 10/19/17 |
| 619b | Certification of Custodian of Records, Pauline Carlon at Western Digital Corp. (Serial Number: WCAVY4997055) | 10/19/17 | 10/19/17 |
| 620 | Evidence Logs | 10/18/17 | 10/18/17 |
| 621 | Records Received from Acer for Aspire 7739Z-4605 SN: LXRL70201812706A516500 | 10/19/17 | 10/19/17 |
| 621a | Certification of Custodian of Records, Jeffrey Mark Dyson at Acer Service Corporation | | |
| J-JS-15 | Photo of desktop with handwriting | 10/19/17 | 10/19/17 |

I HEREBY ACKNOWLEDGE RECEIPT OF ALL EVIDENCE ENTERED INTO EVIDENCE IN THIE MATTER OF USA V. SCHAFFER, 2:13-~~183~~ JLL-01.

DATED: OCTOBER 20, 2017

S/A Robert Mancene HSI